**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LEIF M CLARK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:24-cv-03075-E** |
| | § | |
| **INTERCITY INVESTMENT** | § | |
| **PROPERTIES INC  ET AL** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING RECOMMENDATION AND SETTING TRIAL

Before the Court is the Report and Recommendation to the District Court (ECF No. 12) and the Parties' Joint Request for a Status Conference (ECF No. 16).  After reviewing all relevant matters of record in this case, including the Report and Recommendation of the United States Bankruptcy Judge and de novo review of the objections thereto, in accordance with 28 U.S.C. § 157(c)(1), the undersigned United States District Judge believes that the Report and Recommendation of the Bankruptcy Judge is correct, and it is accepted as the Conclusion of the Court.

Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**. The Motion is **DENIED** as to Counts 1 (breach of the NDA), 3 (tortious interference with existing contracts), 6 (breach of Forbearance Agreement), 7 (civil conspiracy), and 8 (equitable subordination). The Court **GRANTS** the Motion as to Counts 4 (interference with prospective business relations) and 5 (business defamation and disparagement). Finally, the Court **GRANTS** the Motion as to Count 2 for promissory fraud regarding the NDA but **DENIES** the Motion for promissory fraud regarding the Forbearance Agreement.

The Court also **GRANTS** the Motion for a status report (ECF No. 16) and notes that the Bankruptcy Court has certified that the parties are trial ready.  ECF No. 13.  Accordingly, it is hereby **ORDERED** that the above-captioned case **SHALL** be set for (1) a pretrial-conference beginning on **Tuesday, May 26 2026**, at **10:00 AM** (2) a bench trial beginning on **Wednesday, May 27 2026**, at **9:00 AM**, both conducted in **Courtroom 1310** of the **Earle Cabell Federal Building** in **Dallas, Texas** (1100 Commerce Street, Dallas, Texas, 75242). No jury has been demanded.

**SO ORDERED** on this **4th day** of **May, 2026**.

Ada Brown
UNITED STATES DISTRICT JUDGE